Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Stephen James O'Grady
    SSN/ITIN: xxx–xx–6850
    Debtor

Stephanie Therese O'Grady
    SSN/ITIN: xxx–xx–4850
    Joint Debtor

Bankruptcy Case No.: 17–10001–KKS

Chapter: 7
Judge: Karen K. Specie

**CLERK'S DEFICIENCY NOTICE**

NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

    Attorney Disclosure Statement due 01/17/2017
    Emp Inc Rcds / Stmt No Emp Inc due 01/17/2017
    Stmt Curr Monthly Inc (122A–1) due 01/17/2017
    Schedule A/B due 01/17/2017
    Schedule C due 01/17/2017
    Schedule G due 01/17/2017
    Schedule H due 01/17/2017
    Schedule I due 01/17/2017
    Schedule J due 01/17/2017
    Schedule J–2 due 01/17/2017
    Statement of Financial Affairs due 01/17/2017
    Statement of Intent due 01/17/2017
    Summary of Schedules due 01/17/2017

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: January 4, 2017

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service: by the Court to all Parties in Interest