United States Bankruptcy Court
Northern District of Florida

In re:                                                                  Case No. 17-10001-KKS
Stephen James O'Grady                                                   Chapter 7
Stephanie Therese O'Grady
      Debtors

# CERTIFICATE OF NOTICE

District/off: 1129-1          User: admin          Page 1 of 2          Date Rcvd: Jan 04, 2017
                              Form ID: b309a       Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
```
db/jdb     +Stephen James O'Grady,   Stephanie Therese O'Grady,   PO Box 140366,
             Gainesville, FL 32614-0366
smg        +Loretta E. Lynch,   Office of the Attorney General,   Main Justice Bldg., Rm. 511,
             Tenth & Constitution,   Washington, DC 20530-0001
smg        +U.S. Attorney (Tallahassee Office),   111 N. Adams Street,   Fourth Floor,
             Tallahassee, FL 32301-7736
2116838    +Advanced Auto Parts,   AAP Financial Services,   PO Box 742063,   Atlanta, GA 30374-2063
2116839    +American Express Bank FSB,   c/o Zwicker & Associates,   10751 Deerwood Park Blvd., Suite 100,
             Jacksonville, FL 32256-4835
2116845    +BB&T,   Attn: Bankruptcy Department,   6010 Golding Center Dr.,   Winston Salem, NC 27103-9815
2116842    +Bank of America, N.A.,   P.O. Box 982238,   El Paso, TX 79980-0001
2116848    +Campus USA Credit Union,   c/o Baya Harrison, Esq.,   Burr & Forman LLP,
             200 S. Orange Avenue, Suite 800,   Orlando, FL 32801-6404
2116849     Catherine Fleming,   c/o Bogin, Munns and Munns,   2700 NW 43rd, Suite C,   Alachua, FL 32616
2116852    +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
             S Louis, MO 63179-0040
2116853    +Conpass Bank,   PO Box 1566,   Birmingham, AL 35201-1566
2116854    +D&S LTD,   13809 Research Boulevard,   Suite 800,   Austin, TX 78750-1211
2116857    +Gulf Coast Collection Bureau,   P.O. Box 21239,   Sarasota, FL 34276-4239
2116859     Monica Cook,   c/o Law office of Nooney and Roberts,   1680 Emerson Street,
             Gainesville, FL 32607
2116860    +PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
2116861    +Robert S. Dooley,   PO Box 5351,   Gainesville, FL 32627-5351
2116862    +Scott & Nolder,   65 E. State Street, Suie 200,   Columbus, OH 43215-4277
2116864    +Stan Forrom,   6608 NW 40th Drive,   Gainesville, FL 32653-8336
2116869    +Suntrust Bank,   655 West Broadway,   San Diego, CA 92101-8590
2116871    +Syncb/Sams Club,   P.O. Box 930981,   Atlanta, GA 31193-0981
2116873    +Ultimate Towing of Gainesville, Inc.,   907 SW 3rd Street,   Gainesville, FL 32601-7935
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: BarbaraDebtLaw@gmail.com Jan 05 2017 02:08:19     Barbara A. Cusumano,
             Barbara A. Cusumano, Attorney at Law,   2727 NW 43rd Street, Suite 2A,
             Gainesville, FL  32606
tr         +EDI: BTMBENDER.COM Jan 05 2017 02:03:00     Theresa M. Bender,   P.O. Box 14557,
             Tallahassee, FL 32317-4557
smg         EDI: FLDEPREV.COM Jan 05 2017 02:03:00     Florida Dept. of Labor/Employment Security,
             c/o Florida Dept. of Revenue,   P.O. Box 6668,   Tallahassee, FL  32314-6668
smg         EDI: FLDEPREV.COM Jan 05 2017 02:03:00     Florida Dept. of Revenue,   Bankruptcy Unit,
             P.O. Box 6668,   Tallahassee, FL  32314-6668
ust        +E-mail/Text: ustpregion21.TL.ecf@usdoj.gov Jan 05 2017 02:08:28     United States Trustee,
             110 E. Park Avenue,   Suite 128,   Tallahassee, FL 32301-7728
2116840    +EDI: AMEREXPR.COM Jan 05 2017 02:03:00     Amex,   Correspondence,   Po Box 981540,
             El Paso, TX 79998-1540
2116846    +E-mail/Text: defaultspecialty.us@bbva.com Jan 05 2017 02:08:29     BBVA Compass,
             P.O. Box 830696,   Birmingham, AL 35283-0696
2116841    +EDI: BANKAMER.COM Jan 05 2017 02:03:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
             Greensboro, NC 27420-6012
2116843    +EDI: TSYS2.COM Jan 05 2017 02:03:00     Barclay Card,   P.O. Box 13337,
             Philadelphia, PA 19101-3337
2116844    +EDI: TSYS2.COM Jan 05 2017 02:03:00     Barclays Bank Delaware,   100 S West St,
             Wilmington, DE 19801-5015
2116850    +EDI: CHASE.COM Jan 05 2017 02:03:00     Chase Card,   Attn: Correspondence,   Po Box 15298,
             Wilmington, DE 19850-5298
2116851    +EDI: CHASE.COM Jan 05 2017 02:03:00     Chase Card Services,   Correspondence Dept,
             Po Box 15278,   Wilmington, DE 19850-5278
2116855    +EDI: DISCOVER.COM Jan 05 2017 02:03:00     Discover Financial,   Po Box 3025,
             New Albany, OH 43054-3025
2116858     EDI: IRS.COM Jan 05 2017 02:03:00     Internal Revenue Service,   STOP 5720,
             400 West Bay Street, #35045,   Jacksonville, FL 32202
2116870    +EDI: STF1.COM Jan 05 2017 02:03:00     Suntrust Bank,   Attn:Bankruptcy Dept,
             Po Box 85092 Mc Va-Wmrk-7952,   Richmond, VA 23285-5092
                                                                                               TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2116847       Bellex, LLP
2116856       Equipment Direct, Inc.
2116863       Sheffield Financial
2116865       Stepehn O'Grady of Florida, Inc.
2116866       Stephen O'Grady of Florida Inc.
2116867       Stephen O'Grady of Florida, Inc.
2116868       Stephen O'Grady, Inc.
2116872       Ulitmate Towing, Inc.
2116874       Ultimate Towing, Inc.
```

```
District/off: 1129-1              User: admin              Page 2 of 2                Date Rcvd: Jan 04, 2017
                                  Form ID: b309a           Total Noticed: 36
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
                                                                              TOTALS: 9, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephen James O'Grady** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–6850** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Stephanie Therese O'Grady** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4850** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Florida** | | Date case case filed for chapter **7**   **1/3/17** |
| Case number:   **17–10001–KKS** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**               12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen James O'Grady | Stephanie Therese O'Grady |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 140366 <br> Gainesville, FL 32614 | PO Box 140366 <br> Gainesville, FL 32614 |
| 4. | **Debtor's attorney** <br> Name and address | Barbara A. Cusumano <br> Barbara A. Cusumano, Attorney at Law <br> 2727 NW 43rd Street, Suite 2A <br> Gainesville, FL 32606 | Contact phone 352–379–2828 <br><br> Email: BarbaraDebtLaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Theresa M. Bender <br> P.O. Box 14557 <br> Tallahassee, FL 32317 | Contact phone 850–205–7777 <br><br> Email: tmbenderch7@yahoo.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** | 110 E. Park Ave., Ste. 100 | Hours open 9:00am – 4:00pm |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Tallahassee, FL 32301 | Contact phone 1–866–639–4615 |
| | | Date: 1/4/17 |

| 7. **Meeting of creditors** | **February 1, 2017 at 01:30 PM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification and proof of Social Security Number required** *** | **Jury Assembly Room, U.S. Courthouse, 401 S.E. First Avenue, Gainesville, FL** |

| 8. **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/3/17** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|