United States Bankruptcy Court
Northern District of Florida

In re:  
Stephen James O'Grady  
Stephanie Therese O'Grady  
     Debtors

Case No. 17-10001-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-1     User: lderoche     Page 1 of 1     Date Rcvd: Jan 04, 2017  
                     Form ID: defntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
db/jdb        +Stephen James O'Grady,    Stephanie Therese O'Grady,    PO Box 140366,      Gainesville, FL 32614-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:  
         Barbara A. Cusumano    on behalf of Joint Debtor Stephanie Therese O'Grady BarbaraDebtLaw@gmail.com, b.cusumano@att.net  
         Barbara A. Cusumano    on behalf of Debtor Stephen James O'Grady BarbaraDebtLaw@gmail.com, b.cusumano@att.net  
         Theresa M. Bender    tmbenderch7@yahoo.com, FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com  
         United States Trustee    USTPRegion21.TL.ECF@usdoj.gov  
                                                                                              TOTAL: 4

Form defntc (Rev. 4/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re: Stephen James O'Grady<br>SSN/ITIN: xxx–xx–6850<br>  Debtor<br>Stephanie Therese O'Grady<br>SSN/ITIN: xxx–xx–4850<br>  Joint Debtor | Bankruptcy Case No.: 17–10001–KKS<br><br>Chapter: 7<br>Judge: Karen K. Specie |

**CLERK'S DEFICIENCY NOTICE**

   NOTICE IS GIVEN THAT you have failed to file and/or have not properly filed the following document(s) required by the court:

   Attorney Disclosure Statement due 01/17/2017
   Emp Inc Rcds / Stmt No Emp Inc due 01/17/2017
   Stmt Curr Monthly Inc (122A–1) due 01/17/2017
   Schedule A/B due 01/17/2017
   Schedule C due 01/17/2017
   Schedule G due 01/17/2017
   Schedule H due 01/17/2017
   Schedule I due 01/17/2017
   Schedule J due 01/17/2017
   Schedule J–2 due 01/17/2017
   Statement of Financial Affairs due 01/17/2017
   Statement of Intent due 01/17/2017
   Summary of Schedules due 01/17/2017

   Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. All documents or amendments must be executed and acknowledged by the debtor and attorney of record. Failure to file all required documents, complete with signatures and/or declarations, may result in your case being dismissed.

Dated: January 4, 2017                           FOR THE COURT
                                                 Traci E. Abrams, Clerk of Court
                                                 110 E. Park Ave., Ste. 100
                                                 Tallahassee, FL 32301

Service: by the Court to all Parties in Interest