FORM orfppf (Rev. 10/16)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re:  Stephen James O'Grady  
    SSN/ITIN: xxx–xx–6850  
    Debtor

Stephanie Therese O'Grady  
    SSN/ITIN: xxx–xx–4850  
    Joint Debtor

Bankruptcy Case No.:  17–10001–KKS

Chapter:  7  
Judge:  Karen K. Specie

---

# ORDER TO FILE PAPERS IN PROPER FORM

**TO:  Barbara Cusumano on behalf of Stephen James O'Grady and Stephanie Theresa O'Grady**

The Clerk has received your Amended Schedules, Document Number(s) 18 in the court file. It is, however, deficient due the fact that:

- ☐ Reaffirmation does not comply with 11 USC § 524 (k)(5) and/or (6) re: attorney certification (Part C) and/or debtor's statement (Part D).
- ☐ Failure to file Official Form 423, Certification About a Financial Management Course, as required pursuant to F.R.B.P. 1007(b)(7)
- ☑ Amendment(s) to Voluntary Petition, Lists, Schedules and/or Statements not in compliance with Local Rule 1009–1:
    - ☐ Not properly styled – must include case number, debtor name(s) and title of document (1009–1(A))
    - ☐ Not properly executed (1009–1(A))
    - ☐ Not filed in its entirety (1009–1(A))
    - ☐ Changes, additions and/or deletions not clearly indicated (1009–1(A))
    - ☑ Failure to file Certificate of Service (1009–1(B))
    - ☐ Filing fee not paid (1009–1(C))
    - ☐ Failure to include matrix containing names and addresses of only new creditors (1009–1(C))
- ☐ Objection/Response to Notice of Valuation not in compliance with Local Rule 3012–1(B)(4).
- ☐ Document not signed as required by F.R.B.P. 1008 and 9011.
- ☐ Failure to include Official Form 427, Cover Sheet for Reaffirmation Agreement, as required by F.R.B.P. 4008(a)
- ☐ A withdrawal of a Transfer of Claim will not be recognized to undo the transfer or re−transfer the claim. See F.R.B.P. 3001(e).
- ☐ Motion contains more than one request for relief in violation of Local Rule 7007–1(B).
- ☐ Other

*Continued on next page.*

The Court will not consider this paper and it may be stricken unless it is submitted in proper form within ten (10) days from the date of this order.

**DONE AND ORDERED** on January 31, 2017.

                                                /s/ Karen K. Specie
                                                Karen K. Specie
                                                U.S. Bankruptcy Judge

**SERVICE:** Service by the Court pursuant to applicable Rules.