UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In Re:
O'GRADY, STEPHEN JAMES                      Case No 17-10001GVL1
O'GRADY, STEPHANIE THERESE                  Chapter 7

                Debtor(s)                   Judge Specie

_____

**REPORT AND NOTICE OF INTENTION**
**TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE**

**TO:    Debtor(s), Creditors, and Parties in Interest:**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

> **Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**
>
> **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and my grant the relief requested.**

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:

1)  **Description and Value of Property:**        *Non-exempt equity* in assets scheduled by the Debtor(s).
    EQUITY
    BANKING - $1,394.40
    HOUSEHOLD GOODS - $4,000.00
    CLOTHING - $500.00
    JEWELRY - $6,650.00
    HOBBY EQUIPMENT - $75.00
    2004 NISSAN MAXIMA - $500.00
    ANIMALS - $200.00
    ULTIMATE TOWING - $10,000.00
    UNSCHEDULED GIFTS TO FAMILY-$4450.00
    SUBTOTAL-$27,769.40
    6% SURCHARGE-$1666.16
    TOTAL-$29,435.56
    12 MOS-$2452.96

2)  **Manner of Sale:**                Private (x )*    Public Auction (  )

3)  **Terms of Sale:**

a) Purchaser(s)  O'GRADY, STEPHEN JAMES O'GRADY, STEPHANIE THERESE,Debtors.

b) "As is," "where is" with no warranties expressed or implied;
This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and any such liens or encumbrances will not attach to the proceeds of this sale.

c) Assets and Terms as spelled out in the promissory note executed by Debtor(s);

d) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee.

e) All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)* The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.* Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder.  Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:  4/17/2017                                   /s/ Theresa M. Bender
                                                                THERESA M. BENDER
                                                                CHAPTER 7 TRUSTEE
                                                                P.O. Box 14557
                                                                Tallahassee, Florida 32317
                                                                PH: 850.205.7777
                                                                FL Bar No. 0749486
                                                                Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell Property of the Estate has been furnished by Electronic Mail, or by U.S. mail within two business days, to all persons on the Court's mailing matrix and Charles F. Edwards, Esq., U.S. Trustee, 110 East Park Ave, Suite 128, Tallahassee, FL. 32301.

Dated: 4/17/2017                                   /s/ Theresa M. Bender

Label Matrix for local noticing
1129-1
Case 17-10001-KKS
Northern District of Florida
Gainesville
Mon Apr 17 15:58:27 EDT 2017

Ameris Bank
c/o Robert B. George, Esq.
Liles Gavin, P.A.
301 West Bay Street, Suite 1030
Jacksonville, FL 32202-5103

Campus USA Credit Union
c/o Christopher R. Thompson, Esq.
Burr and Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Secretary of the Treasury
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Advanced Auto Parts
AAP Financial Services
PO Box 742063
Atlanta, GA 30374-2063

American Express Bank FSB
c/o Zwicker & Associates
10751 Deerwood Park Blvd., Suite 100
Jacksonville, FL 32256-4835

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Ameris Bank
Attn: Bankruptcy Dept.
PO Box 3668
Moultrie, GA  31776-3668

Amex
Correspondence
Po Box 981540
El Paso, TX 79998-1540

BB&T
Attn: Bankruptcy Department
6010 Golding Center Dr.
Winston Salem, NC 27103-9815

BBVA Compass
P.O. Box 830696
Birmingham, AL 35283-0696

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
P.O. Box 982238
El Paso, TX 79980-0001

Barclay Card
P.O. Box 13337
Philadelphia, PA 19101-3337

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801-5015

COMENITY CAPITAL BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Campus USA Credit Union
c/o Baya Harrison, Esq.
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

Catherine Fleming
c/o Bogin, Munns and Munns
2700 NW 43rd, Suite C
Alachua, FL 32616

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850-5278

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Conpass Bank
PO Box 1566
Birmingham, AL 35201-1566

D&S LTD
13809 Research Boulevard
Suite 800
Austin, TX 78750-1211

Delton Hines
c/o Morgan and Morgan
20 N. Orange Ave., Suite 1600
Orlando, FL 32801-4624

| | | |
|---|---|---|
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Gulf Coast Collection Bureau<br>P.O. Box 21239<br>Sarasota, FL 34276-4239 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kubota Credit<br>4400 Ammon Carter Blvd., Suite 100<br>Ft. Worth, TX 76155-2695 | Monica Cook<br>c/o Law office of Nooney and Roberts<br>1680 Emerson Street<br>Gainesville, FL 32607 |
| PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Robert S. Dooley<br>PO Box 5351<br>Gainesville, FL 32627-5351 | Scott & Nolder<br>65 E. State Street, Suie 200<br>Columbus, OH 43215-4277 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC  27894-1847 | Sheffield Financial<br>PO Box 580229<br>Charlotte, NC 28258-0229 | Stan Forrom<br>6608 NW 40th Drive<br>Gainesville, FL 32653-8336 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Suntrust Bank<br>655 West Broadway<br>San Diego, CA 92101-8590 | Suntrust Bank<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 |
| Syncb/Sams Club<br>P.O. Box 930981<br>Atlanta, GA 31193-0981 | Turkey Creek Master Homeowners Assn.<br>118200 Turkey Creek Blvd.<br>Alachua, FL  32615 | Ultimate Towing of Gainesville, Inc.<br>907 SW 3rd Street<br>Gainesville, FL 32601-7935 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | University Commons Condo Assn<br>PO Box 357640<br>Gainesville, FL  32635-7640 | White Oaks Homeowners Assoc.<br>766 Turkey Creek<br>Alachua, FL 32615-9311 |
| Barbara A. Cusumano<br>Barbara A. Cusumano, Attorney at Law<br>2727 NW 43rd Street, Suite 2A<br>Gainesville, FL 32606-6632 | Sessions Jeff<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Stephanie Therese O'Grady<br>PO Box 140366<br>Gainesville, FL 32614-0366 |
| Stephen James O'Grady<br>PO Box 140366<br>Gainesville, FL 32614-0366 | Theresa M. Bender<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Securities & Exchange Commission
Branch of Reorganization
3475 Lenox Rd., N.E. Suite 100
Atlanta, GA 30326-1323

Internal Revenue Service
STOP 5720
400 West Bay Street, #35045
Jacksonville, FL 32202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Ameris Bank
c/o Robert B. George, Esq.
Liles Gavin, P.A.
301 West Bay Street, Suite 1030
Jacksonville, FL 32202-5103

(d)Ameris Bank
c/o Robert B. George, Esq.
Liles Gavin, P.A.
301 West Bay Street, Suite 1030
Jacksonville, FL 32202-5103

(u)Bellex, LLP


(d)Campus USA Credit Union
c/o Christopher R. Thompson, Esq.
Burr and Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

(u)Equipment Direct, Inc.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


(u)Sheffield Financial

(u)Stepehn O'Grady of Florida, Inc.

(u)Stephen O'Grady of Florida Inc.


(du)Stephen O'Grady of Florida, Inc.

(u)Stephen O'Grady, Inc.

(u)Ulitmate Towing, Inc.


(u)Ultimate Towing, Inc.

End of Label Matrix
Mailable recipients     55
Bypassed recipients     13
Total                   68