FILED

# M&G Asset Recovery

*13 Hargrove Grade*
*Palm Coast, FL 32137*
*Phone (716)827-1980*
*Phone (904)679-1150*

2017 MAY 15 P 1:52

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL.

May 8, 2017

**Clerk**
**U.S. Bankruptcy Court for the Northern District of Florida**
United States Courthouse
401 SE First Ave.
Gainesville, FL 32601

**Trustee**
**Theresa M. Bender**
P.O. Box 14557
Tallahassee, FL 32317
850-205-7777

Re:   17-10001
      Stephen James O'Grady
      Stephanie Therese O'Grady

Dear Sir/Madam,

    I Shawn Moksnes, on the behalf of M&G Asset Recovery would like to object to the sale of the debtor's non-exempt equity in assets because I would like to bid higher subject to review of the tax returns for Ultimate Towing, Equipment Direct, Inc and Bellex, LLP. I would also like to see pictures and appraisals of the jewelry if possible. I am particularly interested in the 3 businesses and the jewelry.

Sincerely,

*[signature]*

Shawn Moksnes