United States Bankruptcy Court
Northern District of Florida

In re:                                                                  Case No. 17-10001-KKS
Stephen James O'Grady                                                   Chapter 7
Stephanie Therese O'Grady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1129-1        User: cromine           Page 1 of 1           Date Rcvd: May 16, 2017
                            Form ID: ntsensvc       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
db/jdb        +Stephen James O'Grady,   Stephanie Therese O'Grady,   PO Box 140366,
               Gainesville, FL 32614-0366
cr            +Shawn Moksnes,   M&G Asset Recovery,   13 Hargrove Grade,   Palm Coast, FL 32137-5114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
              Barbara A. Cusumano    on behalf of Joint Debtor Stephanie Therese O'Grady
               BarbaraDebtLaw@gmail.com,   BarbaraDebtLaw.CaseManager@gmail.com
              Barbara A. Cusumano    on behalf of Debtor Stephen James O'Grady BarbaraDebtLaw@gmail.com,
               BarbaraDebtLaw.CaseManager@gmail.com
              Christopher Robert Thompson    on behalf of Creditor    Campus USA Credit Union crthompson@burr.com,
               ccrumrine@burr.com,jmorgan@burr.com
              Robert Bruce George    on behalf of Creditor    Ameris Bank rgeorge@lilesgavin.com
              Theresa M. Bender    tmbenderch7@yahoo.com,
               FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
              Theresa M. Bender    on behalf of Trustee Theresa M. Bender tmbenderch7@yahoo.com,
               FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 7

FORM ntsensvc (02/17)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

| | |
|---|---|
| In Re: Stephen James O'Grady<br>SSN/ITIN: xxx–xx–6850<br>  Debtor<br>Stephanie Therese O'Grady<br>SSN/ITIN: xxx–xx–4850<br>  Joint Debtor | Bankruptcy Case No.:  17−10001−KKS<br><br>Chapter:  7<br>Judge:  Karen K. Specie |

**SUBMISSION ERROR NOTIFICATION RE CERTIFICATE OF SERVICE**

TO:    Shawn Moksnes

You are hereby notified that the Objection received in this office on 5/15/2017 *will not be processed until the following error(s) are corrected*:

- ☑ Document does not include a Certificate of Service as required by Section II B.5. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Document does not include a <u>proper</u> Certificate of Service as required by Section II B.5. of the Administrative Procedures and N.D. Fla. Loc. R. 5.1(F), applicable to all filers whether or not they are registered users of the electronic filing system. (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Incomplete Certificate of Service. Certificate of Service does not include a list of parties served and/or a mailing matix (Use Local Form 4 (LF−4) and instructions for completing the form (5−Inst)).
- ☐ Improper or inadequate service to U.S. Government Agency; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(4).
- ☐ Improper or inadequate service to a domestic or foreign corporation, partnership, or other unincorporated association; service not effected pursuant to Fed. R. Bankr. P. 7004(b)(3).
- ☐ Improper or inadeqate service to an insured depository institution; service not effected pursuant to Fed. R. Bankr. P. 7004(h).
- ☐ Certificate of Service not signed. Pursuant to Fed. R. Bankr. P. 1008 and 9011 and N.D. Fla. Loc. R. 5.1(F), all documents must contain the signature of the filer. The Certificate of Service must be signed separately from the document to which it relates.
- ☐ Certificate of Service references incorrect docket number of document served.
- ☐ Other:

You must take immediate action to resolve the error(s) noted above. No further action will be taken on this document until it is refiled correctly.

Dated: May 16, 2017                              FOR THE COURT

<u>/s/ Traci E. Abrams</u>
Traci E. Abrams, Clerk of Court
U.S. Bankruptcy Court
Northern District of Florida
110 East Park Avenue, Suite 100
Tallahassee, Florida 32301

Service: by the Court to all parties in interest